SAMUEL CODDINGTON, plaintiff in error, vs. CHARLES A. DAVIS and others, defendants in error.—*Judgment affirmed.* S. STEVENS and L. LIVINGSTON for plaintiff in error; CHARLES O'CONOR for defendants in error.

This was a case involving the question of a legal *protest;* what is meant by the term *"protest"* in its technical and general signification; also the construction of two written instruments, &c. (Reported, 1 Comstock, 186.)

CHARLES PARTRIDGE, appellant, vs. WILLIAM MENCK and others, respondents.—*Order affirmed.* A. H. DANA for appellant; E. H. OWEN for respondents.

This was an appeal from an order of the chancellor affirming an order of the vice chancellor of the 1st circuit, dissolving an injunction.

This case involved the question of the pirating of trade marks, and the power of the Court of Chancery to interfere by injunction to prevent such pirating. (Reported, 2 Barb. Ch. R. 101.)